In the Matter of GRAYBAR CONSTRUCTION CORPORATION, Respondent, against CHARLES W. BERRY, as Comptroller of the City of New York, Appellant.

(Argued January 17, 1934; decided February 27, 1934.)

*Arthur J. W. Hilly,* Corporation Counsel (*J. Joseph Lilly, Henry J. Shields* and *Nelson Rosenbaum* of counsel), for appellant.

*David Morgulas* and *M. Carl Levine* for respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.